```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                       Criminal No. 05-64 PAM
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER IN GARNISHMENT** |
| | ) | |
| SCOTT JAMES ROBERTS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| HUDY PAINTING, | ) | |
| | ) | |
| Garnishee. | ) | |

The parties stipulated to a garnishment of $20 per weekly pay period. A copy of the Stipulation for Final Order in Garnishment is on file with the Clerk of Court. Defendant has waived his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $20 per weekly pay period of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" weekly in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff weekly as they become due and owing.

Dated: October __19__, 2005

s/Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court
